IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>SPECIALTY PRODUCTS HOLDING CORP., et al.,<br><br>        Debtors. | ) Chapter 11<br>) Bk. No. 10-11780 (JKF)<br>)<br>)<br>)<br>) |
| SPECIALTY PRODUCTS HOLDING CORP., et al.,<br><br>        Appellants,<br><br>v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>        Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) Misc. No. 13-194-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| SPECIALTY PRODUCTS HOLDING CORP., et al.,<br><br>        Appellants,<br><br>v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>        Appellees. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 13-1244-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| RPM INTERNATIONAL, INC.,<br><br>        Appellant,<br><br>v.<br><br>OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>        Appellees. | )<br>)<br>)<br>)<br>) Civ. No. 13-1245-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 29th day of August, 2013, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court, that the three above captioned cases be consolidated, and that briefing on the merits of the appeal be deferred pending resolution of the pending motions;

IT IS ORDERED that the recommendation is accepted. Civ. No. 13-cv-1244-SLR shall be designated as the lead case and all future filings shall be made in this case only. Briefing on the merits of the appeal is deferred pending resolution of the pending motions.

_____
United States District Judge